# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Baltimore Division

| | |
|---|---|
| CHAD WENZLICK PRIDGEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:18-cv-00061-JKB |
| v. | ) |
| | ) |
| APPEN BUTLER HILL, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO DISMISS COUNT IV OF THE COMPLAINT

Defendant Appen Butler Hill, Inc. ("Appen") hereby moves to dismiss Count IV of the Complaint for failure to state a claim upon which relief can be granted for the reasons set forth in the Memorandum of Points and Authorities submitted in support of this Motion.[1]

Dated: February 16, 2018         Respectfully submitted,

APPEN BUTLER HILL, INC.

/s/ David Barmak
David Barmak (D. MD Bar # 06816)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
701 Pennsylvania Ave. NW, Suite 900
Washington, D.C. 20004
Tel: (202) 585-3507
Fax: (202) 434-7400
DBarmak@mintz.com
Attorney for Appen Butler Hill, Inc.

---

[1] Appen understands that the prevailing view is that the Federal Rules do not require the filing of an Answer with respect to the remaining counts in the Complaint until the Motion to Dismiss is resolved. *See Saman v. LBDP, Inc.*, Civil Action No. DKC 12-1083, 2012 U.S. Dist. LEXIS 159658, at *10-11 n.1 (D. Md. Nov. 7, 2012) (stating that including the District of Maryland, "the vast majority of courts have found it 'best to stall the proceedings on all counts until after the court rules on the Rule 12(b)(6) motion.' *Godlewski v. Affiliated Computer Servs., Inc.*, 210 F.R.D. 571, 572 (E.D.Va. 2002)."). For the avoidance of doubt, Appen requests that, if the Court prefers the filing of an Answer to the remaining counts before it disposes of the Motion to Dismiss, that it issue an Order to that effect, providing Plaintiff a reasonable time within which to file the Answer.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2018, I caused the foregoing document to be served by ECF as follows:

Joyce E. Smithey, Esq.
Reuben W. Wolfson, Esq.
RIFKIN WEINER LIVINGSTON LLC
225 Duke of Gloucester Street
Annapolis, Maryland 21401
jsmithey@rwllaw.com
rwolfson@rwllaw.com

                                    /s/ David Barmak
                                    David Barmak